In the Matter of ALLENHURST REALTIES, INC., et al., Respondents, et al., Petitioners, v. HILTON HOTELS CORPORATION, Appellant, et al., Respondent.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.